UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Malibu Media, LLC

          Plaintiff,

v.

John Doe, subscriber assigned IP address 75.22.143.159

          Defendant.

Case No.: 1:19–cv–06795
Honorable Elaine E. Bucklo

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's attorney motion to withdraw [11] as counsel for Plaintiff Malibu Media, LLC [11] is granted. Plaintiff Malibu Media LLC is directed to retain an attorney by the scheduling conference hearing date of 2/7/2020 reset for 9:45 a.m. (Time Change Only.) Attorney Mary K. Schulz is terminated. No appearance is required on 1/24/2020. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.